**SO ORDERED.**

**SIGNED this 6th day of September, 2019.**




_____
UNITED STATES BANKRUPTCY JUDGE

_____

C-13-16(FTP)
(Rev. 8/18)

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Perez Florez, Maicol Jose   xxx-xx-6024 | ) | |
| Perez-Flores, Julie Ellington   xxx-xx-9351 | ) | No: 19-10664   C-13G |
| 3215 Rolling Road | ) | |
| High Point, NC 27265 | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER CONFIRMING CHAPTER 13 PLAN

This case came before the Court for hearing on September 4, 2019, on confirmation of the Debtors' plan filed July 24, 2019, Docket No. 20 ("Plan"). All necessary parties having been given adequate notice of the hearing, at the hearing the attorney for the Trustee appeared.

The Court finds after hearing on the Plan that the Plan as amended at the hearing complies with the requirements of 11 U.S.C. §1325 and should be confirmed with Section 2.1 amended to indicate the Debtor will make payments to the Trustee as follows: $1,565.00 per month effective July 18, 2019, increasing to $1,585.00 per month effective August 2019, increasing to $1,640.00 per month effective September 2019 and Section 4.3(d) changed regarding Capital One Auto Finance, Inc., to reflect value of collateral to be $10,600.00 and the amount of the secured claim to be $10,600.00 to be paid at $215.00 per month at the rate of 7.5% per annum; therefore, it is

ORDERED that the Plan filed July 24, 2019, Docket No. 20, is confirmed with the following amendments:

Section 2.1:   The Debtor will make payments to the Trustee as follows: $1,565.00 per month effective July 18, 2019, increasing to $1,585.00 per month effective August 2019, increasing to $1,640.00 per month effective September 2019.

Section 4.3(d):   Capital One Auto Finance, Inc., changed to reflect value of collateral to be $10,600.00 and the amount of the secured claim to be $10,600.00 to be paid at $215.00 per month at the rate of 7.5% per annum.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
19-10664 C-13G

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**