# United States Bankruptcy Court
## Middle District of North Carolina

| | | | | |
|---|---|---|---|---|
| In Re: | | ) | | |
| | | ) | | |
| PEREZ FLOREZ, MAICOL JOSE | xxx-xx-6024 | ) | | |
| PEREZ-FLOREZ, JULIE ELLINGTON | xxx-xx-9351 | ) | No.: | 19-10664   C-13G |
| 3215 ROLLING ROAD | | ) | | |
| HIGH POINT, NC 27265 | | ) | | Chapter 13 |
| Debtors | | ) | | |

## NOTICE OF OBJECTION TO MORTGAGE CLAIM #6 OF
## HOME POINT FINANCIAL CORPORATION

Anita Jo Kinlaw Troxler, Trustee, has filed an objection to your mortgage claim in this bankruptcy case. **Your mortgage claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your mortgage claim, then on or before **September 4, 2020**, you or your lawyer must file with the court a written response to the objection, explaining your position, at:

U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
P.O. BOX 1720
GREENSBORO, NC 27402-1720

JULIE H MORRISON ESQ
IVEY & EGGLESTON
111 WORTH ST
ASHEBORO, NC 27203

MAICOL JOSE PEREZ FLOREZ
JULIE ELLINGTON PEREZ-FLORES
3215 ROLLING ROAD
HIGH POINT, NC 27265

Participate in the **telephonic hearing** on the objection, to be held on September 15, 2020, at 2:00 p.m. **To participate in the hearing, parties are instructed to dial 877-848-7030 and provide access code 8852513 when prompted to do so**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your mortgage claim.

| | |
|---|---|
| Date: **July 31, 2020** | OFFICE OF THE CLERK |
| | U.S. Bankruptcy Court |

(Revised 5/19)

C-13-15
(Rev. 5/19)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Objection to Mortgage Claim** |
| | ) | **Chapter 13** |
| PEREZ FLOREZ, MAICOL JOSE   xxx-xx-6024 | ) | |
| PEREZ-FLOREZ, JULIE ELLINGTON   xxx-xx-9351 | ) | |
| 3215 ROLLING ROAD | ) | No:  19-10664   C-13G |
| HIGH POINT, NC 27265 | ) | |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed by Order entered September 10, 2019.  Home Point Financial Corporation is being paid on Claim 6 secured by a deed of trust against the Debtors' real property with payments to be maintained and cured on the claim through plan payments.  On October 28, 2019 a Notice of Post-Petition Mortgage Fees, Expenses and Charges was filed by Home Point Financial Corporation in reference to Claim 6 in the amount of $900.00 for Proof of Claim and Plan Review and Proof of Claim Attachment.  The Trustee believes the total fees claimed are excessive and the full amount should not be allowed.  The Trustee objects to the amount related to the filing of the Proof of Claim and Review of the Plan in excess of $450.00.  The Trustee recommends that an Order be entered sustaining the Trustee's objection to the amount of the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed October 28, 2019 by Home Point Financial Corporation in reference to Claim 6 above $450.00 and disallowing the balance above $450.00.

Date:  July 31, 2020                                                                             s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                              Standing Trustee

PARTIES TO BE SERVED
PAGE 1 OF 1
19-10664 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

MAICOL JOSE PEREZ FLOREZ
3215 ROLLING ROAD
HIGH POINT, NC 27265

JULIE ELLINGTON PEREZ-FLORES
3215 ROLLING ROAD
HIGH POINT, NC 27265

JULIE H MORRISON ESQ
IVEY & EGGLESTON
111 WORTH ST
ASHEBORO, NC 27203

ATTN:  OFFICER **(Not on Matrix)**
HOME POINT FINANCIAL
CORPORATION
11511 LUNA ROAD, SUITE 300
FARMERS BRANCH, TX 75234

D. ANTHONY SOTTILE
AUTHORIZED AGENT FOR
HOME POINT FINANCIAL CORP
SOTTILE & BARILE LLC
394 WARDS CORNER ROAD, STE 180
LOVELAND, OH 45140

GREGORY A. POSCH
POSCH LAW FIRM
P.O. BOX 99418
RALEIGH, NC 27624

SYNCHRONY BANK
C/O PRA RECEIVABLES
MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

ATTN: CAPITAL ONE AUTO FINANCE
A DIVISION OF CAPITAL ONE NA DEPT
AIS PORTFOLIO SERVICES, LP
ACCOUNT: XXXXXXXXX9174
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118